# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Linda Cooke, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-01878 UNA |
| ) | |
| Quincy Physicians & Surgeons Clinic, S.C. ) | |
| *doing business as* Quincy Medical Group, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above styled and numbered case was filed on November 2, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Patricia L. Cohen, United States Magistrate Judge, under cause number 2:18cv00098.

**IT IS FURTHER ORDERED** that cause number 4:18-cv-01878UNA be administratively closed.

                                                                              GREGORY J. LINHARES
                                                                              CLERK OF COURT

Dated: November 5, 2018                                                    By: /s/ Michele Crayton
                                                                                                      Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:18cv00098 PLC.**